# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL MARTINEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>ARLAN HARRELL,<br><br>        Defendant. | Case No. 1:19-cv-00924-LJO-BAM<br><br>ORDER DISREGARDING PLAINTIFF'S NOVEMBER 13, 2019 FILING<br><br>(Doc. 10) |

      Plaintiff Gabriel Martinez's case is closed. On August 16, 2019, the undersigned issued findings and recommendations to dismiss this action based on Plaintiff's failure to obey a court order and for failure to state a claim. (Doc. 7.) The district judge adopted the findings and recommendations in full and dismissed this action based on Plaintiff's failure to obey a court order and for failure to state claim pursuant to 28 U.S.C. § 1915(e)(2). (Doc. 8.) Judgment was entered on September 16, 2019, and the case was closed. (Docs. 8, 9.)

      On November 13, 2019, Plaintiff submitted a letter to the district judge. Accompanying the letter were various documents and notices, including a document that previously had been returned to Plaintiff by the Clerk of the Court because it was not a motion or other document recognized under the Federal rules of Civil Procedure and could not be filed in this closed case.

(Doc. 10.) As with his prior submission, Plaintiff's current letter and the accompanying documents also are not a motion or other allowed document recognized by the Federal Rules of Civil Procedure for filing in a closed case. *See* Fed. R. Civ. P. 7 (identifying allowed pleadings and specifying that any request for a court order must be made by motion).

Accordingly, Plaintiff's letter, attachments and purported notices filed on November 13, 2019 (Doc. 10) are HEREBY DISREGARDED. Plaintiff is advised that documents submitted to the Court after the date of this Order that are not properly styled as a motion or other document recognized under the Federal Rules of Civil Procedure in a closed case will be disregarded and returned to Plaintiff. Additionally, any future letters to the Court or a judge will be stricken or returned.

IT IS SO ORDERED.

Dated: **November 20, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE